IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
DEL RIO DIVISION

F I L E D

JUN 2 4, 2022

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
DEPUTY CLERK

| | |
|---|---|
| MIGUEL DE LA GARZA, § | |
| Plaintiff, § | |
| § | Civil Action No. |
| v. § | DR-21-CV-02-AM/CW |
| § | |
| GREAT LAKES INSURANCE SE AND § | |
| BEN SNEAD, § | |
| Defendants. § | |

## ORDER

In the present cause of action, the parties filed a Joint Stipulation of Dismissal of Action with Prejudice. (ECF No. 8.) Because the stipulation complies with Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, it is hereby **ORDERED** that the claims against the Defendants Great Lakes Insurance SE and Ben Snead are **DISMISSED WITH PREJUDICE,** with the parties to bear their own costs. It is further **ORDERED** that a clerk's judgment shall be entered, terminating the present cause of action.

SIGNED and ENTERED on this 24th day of June 2022.

_____
ALIA MOSES
United States District Judge