AO 450 (Rev. 5/99) Judgment in a Civil Case

# United States District Court

## Western District of Texas

MIGUEL DE LA GARZA,
Plaintiff,

v.

GREAT LAKES INSURANCE SE AND
BEN SNEAD,
Defendants.

JUDGMENT IN A CIVIL CASE

CASE NUMBER: DR-21-CV-02-AM/CW

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came on for consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

Because the stipulation complies with Rule 41(a)(l)(A)(ii) of the Federal Rules of Civil Procedure, it is hereby ORDERED that the claims against the Defendants Great Lakes Insurance SE and Ben Snead are DISMISSED WITH PREJUDICE, with the parties to bear their own costs.

06/24/2022
Date

Philip J. Devlin
Clerk

*J. Sanchez*
(By) Deputy Clerk